# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148768

BOB WOODWARD,
   Plaintiff/Counter-Defendant
   Appellee,

v

             SC: 148768
             COA: 318029
             Wayne CC: 13-006402-AV

CHRISTOPHER SCHWARTZ,
   Defendant/Counter-Plaintiff
   Appellant.

_____/

   On order of the Court, the application for leave to appeal the January 10, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



s0616

             Clerk